Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSICAL SILK, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREEN MOCHI, LLC., a California Limited Liability Company, and doing business as "CYNTHIA VINCENT"; DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: 2:12-cv-09900-PA (VBKx)<br>*Honorable Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

///

///

///

- 1 -

ORDER ON STIPULATION FOR DISMISSAL OF ACTION

**ORDER:**

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety without prejudice and with each party to bear its own costs and attorneys' fees.

SO ORDERED.

Dated: August 29, 2013        _____
                              Honorable Percy Anderson
                              U.S. District Court Judge