1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  DONIGER / BURROUGHS APC
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
6  Facsimile: (310) 417-3538

7  Attorneys for Plaintiff

8
              UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA
10

11 | CLASSICAL SILK, INC., a California | Case No: 2:12-cv-09900-PA (VBKx)
   | Corporation,                       | *Honorable Percy Anderson Presiding*
12 |                                    |
13 | Plaintiff,                         | [~~PROPOSED~~] ORDER ON
   |                                    | STIPULATION TO DISMISS
14 | v.                                 | ACTION WITH PREJUDICE
15 |                                    |
16 | GREEN MOCHI, LLC., a California    |
   | Limited Liability Company, and doing|
17 | business as "CYNTHIA VINCENT";     |
   | DOES 1 through 10 inclusive,       |
18 | Defendants.                        |

19
20
21
22
23
24
25 ///
26 ///
27 ///
28                           -1-

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION

## [PROPOSED] ORDER:

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice and with each party to bear its own costs and attorneys' fees.

~~IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal~~. *PA.*

SO ORDERED.

Dated: 12/13, 2013

_____
Honorable Percy Anderson
U.S. District Court Judge

- 2 -

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION